# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| RGN-USF, LLC et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:25-cv-10967 |
| v. | ) | |
| Megatron Workspaces of Michigan, LLC et al | ) | Hon. Susan K. DeClercq |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Megatron Workspaces of Michigan, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Amy M. Johnston
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ L Hamka
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 4, 2025



# Summons and Complaint Return of Service

Case No. 2:25-cv-10967
Hon. Susan K. DeClercq

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Megatron Workspaces of Michigan, LLC</u>
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

RGN-USF, LLC et al

*Plaintiff,*

v.

Megatron Workspaces of Michigan, LLC et al

*Defendant.*

Civil Action No. 2:25-cv-10967

Hon. Susan K. DeClercq

**SUMMONS IN A CIVIL ACTION**

To: RGS Workspaces of Michigan LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Amy M. Johnston
 Miller, Canfield, Paddock and Stone, P.L.C.
 150 W. Jefferson Avenue
 Suite 2500
 Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ L Hamka
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 4, 2025



# Summons and Complaint Return of Service

Case No. 2:25-cv-10967
Hon. Susan K. DeClercq

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>RGS Workspaces of Michigan LLC</u>
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| RGN-USF, LLC et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:25-cv-10967 |
| v. | ) | |
| Megatron Workspaces of Michigan, LLC et al | ) | Hon. Susan K. DeClercq |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   RGS Workspaces of Michigan IV Southfield, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Amy M. Johnston
   Miller, Canfield, Paddock and Stone, P.L.C.
   150 W. Jefferson Avenue
   Suite 2500
   Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ L Hamka
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 4, 2025



# Summons and Complaint Return of Service

Case No. 2:25-cv-10967
Hon. Susan K. DeClercq

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* RGS Workspaces of Michigan IV Southfield, LLC was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

RGN-USF, LLC et al )
)
)
            *Plaintiff,* )   Civil Action No. 2:25-cv-10967
)
v. )
)
Megatron Workspaces of Michigan, LLC et al )   Hon. Susan K. DeClercq
)
)
            *Defendant.* )

**SUMMONS IN A CIVIL ACTION**

To:    RGS Workspaces of Michigan III Shelby, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Amy M. Johnston
    Miller, Canfield, Paddock and Stone, P.L.C.
    150 W. Jefferson Avenue
    Suite 2500
    Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*    By:  s/ L Hamka
                                      *Signature of Clerk or Deputy Clerk*

                                               Date of Issuance:  April 4, 2025



# Summons and Complaint Return of Service

Case No. 2:25-cv-10967
Hon. Susan K. DeClercq

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>RGS Workspaces of Michigan III Shelby, LLC</u> was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| RGN-USF, LLC et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:25-cv-10967 |
| | ) | |
| v. | ) | |
| | ) | |
| Megatron Workspaces of Michigan, LLC et al | ) | Hon. Susan K. DeClercq |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: RGS Workspaces of Michigan V Ann Arbor, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Amy M. Johnston
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ L Hamka
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 4, 2025



# Summons and Complaint Return of Service

Case No. 2:25-cv-10967
Hon. Susan K. DeClercq

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* RGS Workspaces of Michigan V Ann Arbor, LLC was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| RGN-USF, LLC et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 2:25-cv-10967 |
| v. | ) | |
| Megatron Workspaces of Michigan, LLC et al | ) | Hon. Susan K. DeClercq |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     John B. Schmidt

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Amy M. Johnston
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*     By: s/ L Hamka
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 4, 2025



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:25-cv-10967
Hon. Susan K. DeClercq

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* John B. Schmidt
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

❒ I returned the summons unexecuted because _____; or

❒ Other *(specify)*: _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: